SCHNEIBLE, Respondent, v. TRAVELERS' INS. CO. OF HARTFORD et al. (SCHNIT-

ZER, Appellant). City Court of New York, General Term. October, 1901.) Action by Carl A. Schneible against the Travelers' Insurance Company of Hartford and another. Marcus Schnitzer (Julius Miller, of counsel), for appellant. Joseph Beihilf (Walter J. Rosenstein, of counsel), for respondent. No opinion. Order appealed from affirmed, with costs and disbursements of appeal. Affirmed 73 N. Y. Supp. 955.